UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIDEH BAHMAN-VINCENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CREATIVE GROWTH ART CENTER, INC., et al.,<br><br>　　　　Defendants. | Case No.  24-cv-04964-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 28 |

On May 1, 2025, Defendants filed a motion to disqualify counsel. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was May 15, 2025.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before May 20, 2025, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendants may file a reply on or before May 27, 2025.

IT IS SO ORDERED.

Dated: May 16, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge