1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7     HAIDEH BAHMAN-VINCENT,              Case No.  24-cv-04964-KAW

8                 Plaintiff,              ORDER TO SHOW CAUSE RE MOTION
                                          FOR JUDGMENT ON THE PLEADINGS
9           v.
                                          Re: Dkt. No. 33
10    CREATIVE GROWTH ART CENTER,
      INC., et al.,
11
                  Defendants.
12

13          On May 6, 2025, Defendant Porcella filed a motion for judgment on the pleadings.

14   Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was

15   filed, which was May 20, 2025.

16          To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to

17   the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of

18   points and authorities in opposition to any motion shall constitute consent to the granting of the

19   motion." (Judge Westmore's General Standing Order ¶ 23.)

20          Accordingly, Plaintiff is ordered, on or before May 27, 2025, 1) to file an opposition or

21   statement of non-opposition to the pending motion, and 2) to file a response to this order to show

22   cause explaining why the opposition was not timely filed. Should an opposition be filed,

23   Defendant Porcella may file a reply on or before June 3, 2025.  Plaintiff shall also ensure that

24   chambers copies are provided, as required by the Court's standing order.

25          The Court notes that this is the second time Plaintiff has failed to file a timely opposition,

26   and that Plaintiff has not fully responded to the prior order to show cause (which required Plaintiff

27   to explain why the opposition to the motion to disqualify was not timely filed).  Plaintiff's counsel

28   is reminded of his obligation to comply with Court orders and the deadlines imposed by the Civil

United States District Court
Northern District of California

1   Local Rules.  Failure to comply going forward may result in the imposition of sanctions.

2       IT IS SO ORDERED.

3   Dated: May 22, 2025

4                                                   _____
                                                    KANDIS A. WESTMORE
5                                                   United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California